**STEVEN AMES BROWN**
Entertainment Law 83363
69 Grand View Avenue
San Francisco, California 94114-2741
415/647-7700 Tele
415/285-3048 Fax
sabrown@entertainmentlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY BENSON, *pka* TERRY WILLIAMS, | CIVIL NO. Cv. 09-6063 JSW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF, RE: EARLY DISCOVERY [L.R. 7-11] |
| AMOS PRODUCTIONS, INC., | |
| Defendant. | |

1  [PROPOSED] ORDER

2  Upon reading Plaintiff's administrative motion (*Document 15*) and good cause
3  appearing, IT IS HEREBY ORDERED, that Plaintiff's motion is granted. Plaintiff is hereby
4  given leave to serve the subpoenas as requested in his motion.

5  Dated: June 1, 2010

6  _____
7  United States District Judge